THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN MYRENBERG, Appellant.

*People* v. *Myrenberg,* 146 App. Div. 854, appeal dismissed.
(Submitted April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1911, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of impairing the morals of a child.

The motion was made upon the ground of failure to file the required return.

*Charles S. Whitman, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.